IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                )
                                      )
MARIA ALLISON                         )    Case No. 18-35345-KLP
                                      )    Chapter 13
            Debtor                    )

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, the Debtor, by James E. Kane, Esquire, and in support of her Motion to Substitute Counsel state as follows:

1.  The Debtor filed this proceeding under Chapter 13 of the Bankruptcy Code on October 24, 2018.

2.  The Debtor desires to substitute her present counsel with James E. Kane, Esquire and the firm of Kane & Papa, P.C.

WHEREFORE, the Debtor respectfully requests that James E. Kane, Esquire and the firm of Kane & Papa, P.C. be substituted as her counsel in place of her present counsel and that her present counsel be relieved of any further duties and obligations in this case.

                              MARIA ALLISON
                              By Counsel

/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA  23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)

## **CERTIFICATE OF SERVICE**

  I certify that on November 12, 2018, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest.


             /s/ James E. Kane
             James E. Kane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE: )
)
MARIA ALLISON ) Case No. 18-35345-KLP
) Chapter 13
Debtor )

**NOTICE OF MOTION**

The above Debtors have filed papers with the Court to substitute counsel.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled at a later date. You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

  If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  November 12, 2018       MARIA ALLISON
                   By Counsel


/s/ James E. Kane
James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA   23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)


### CERTIFICATE OF SERVICE

  I certify that on November 12, 2018, I have transmitted a true copy of the foregoing document electronically through the Court's CM/ECF system or by mail to the Debtor, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1, all attorneys appearing in the previous case as listed below, and to all creditors and parties in interest.


                /s/ James E. Kane
                James E. Kane

```
Label Matrix for local noticing          UST smg Richmond                        United States Bankruptcy Court
0422-3                                   Office of the U. S. Trustee             701 East Broad Street
Case 18-35345-KLP                        701 East Broad St., Suite 4304          Richmond, VA 23219-1888
Eastern District of Virginia             Richmond, VA 23219-1849
Richmond
Mon Nov 12 16:46:59 EST 2018

Jormandy LLC                             (p)JORMANDY LLC                         Ocwen Loan Servicing, Llc
400 N. Center Dr.                        6363 CENTER DRIVE                       1661 Worthington Rd
Norfolk, VA 23502-4004                   BUILDING 6 STE 203                      West Palm Beach, FL 33409-6493
                                         NORFOLK VA 23502-4103


Ocwen Loan Servicing, Llc                Office of the US Trustee                Suntrust Bank
Attn: Research/Bankruptcy                701 E. Broad St. Suite 4300             16000 Shady Grove Rd.
1661 Worthington Road, Suite 100         Richmond, VA 23219-1849                 Gaithersburg, MD 20877-1312
West Palm Beach, FL 33409-6493


George E. Marzloff                       John P. Fitzgerald, III                 Maria Allison
The Marzloff Law Firm                    Office of the US Trustee - Region 4 -R  1015 Swan Lane
2102 Jefferson Davis Highway             701 E. Broad Street, Ste. 4304          Ruther Glen, VA 22546-1207
Stafford, VA 22554-7222                  Richmond, VA 23219-1849


Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jormandy, LLC
assignee of Chase Bank USA, NA
P. O. Box 12173
Norfolk, VA  23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Jormandy, LLC                         End of Label Matrix
400 N. Center Dr.                        Mailable recipients    12
Norfolk, VA 23502-4004                   Bypassed recipients     1
                                         Total                  13
```